Ida A. Chew, Appellant, v. Herbert C. Sheldon and Others, Respondents.— Judgment affirmed, with one bill of costs to defendants against the plaintiff.   All concurred.

Hugh J. Dennin, as Receiver, etc., of Frank Fish, Respondent, v. Frank Fish and Elizabeth Fish, Appellants.— Judgment unanimously affirmed, with costs.

Phoebe J. Denmark, Appellant, v. Nancy Drake, Respondent, Impleaded with George H. Snell, Appellant, and Others.— Judgment unanimously affirmed, with costs.

Melville Farrar, Respondent, v. Avery W. Kingsley and Others, Impleaded with Nathan R. Williams, Appellant.— Judgment unanimously affirmed, with costs.   (This case was transferred from the Fourth Department.   See 151 App. Div. 949.)

Caroline Hauser, as Administratrix, etc., of Daniel Hauser, Deceased, Appellant, v. Town of Root, Respondent.— Judgment and order unanimously affirmed, with costs.

William J. Helm, Appellant, v. Michael J. Day, as Commissioner of Public Safety of the City of Watervliet, and the City of Watervliet, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

De Witt C. Howland, Respondent, v. Frank B. Harder, Appellant.— Appeal dismissed, without costs, on the ground that the questions here involved are raised and decided in the appeal from judgment in *Howland* v. *Harder* (*ante*, p. 442), decided herewith.

George L. Jaquish, Respondent, v. George W. Kelly and Others, Appellants.— Judgment unanimously affirmed, with costs.

George S. Kidder, Appellant, v. Port Henry Iron Ore Company of Lake Champlain, and Lake Champlain and Moriah Railroad Company, Respondents.— Interlocutory judgment affirmed, with costs, with usual leave to the plaintiff to amend upon payment of costs of demurrer and of this appeal.   All concurred, except Kellogg and Betts, JJ., who dissented.

Patrick F. Linehan, Appellant, v. United Traction Company, Respondent.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that the questions of the defendant's negligence and of the plaintiff's contributory negligence were questions of fact for the jury.   All concurred, except Smith, P. J., and Kellogg, J., who dissented.

In the Matter of the Petition of Thomas Wylie, Appellant, for an Order Restraining William Waterman, Respondent, from Trafficking in Liquors at No. 14 King Street, Troy, N. Y.   The State Excise Commissioner, Respondent.— Order unanimously affirmed, with costs.

Edward J. Miller, Respondent, v. John H. Harrigan, Appellant.— Judgment and order unanimously affirmed, with costs.

John H. McGinnis, Respondent, v. Boston and Albany Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.